**BIRDIE ASSOCIATES, L.P., a Pennsylvania Limited Partnership,**
**Petitioner**

v.

**CNX GAS COMPANY, LLC, a Corporation, a/k/a Consolidation Coal Co., a Corporation and/or Consol Pennsylvania Coal Co., a Corporation, Respondent**

**No. 474 WAL 2016**

Supreme Court of Pennsylvania.

April 3, 2017

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Anthony Alonzo AYANDELE,**
**Petitioner**

**No. 527 WAL 2016**

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**